**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

LAS VEGAS, NV 89109   OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.50 | 0112 16 |
| Extra Services & Fees (check box, add fee as appropriate) $2.80 | |
| ☐ Return Receipt (hardcopy) $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) $0.00 | NOV -8 2019 |
| ☐ Certified Mail Restricted Delivery $0.00 | 11/08/2019 |
| ☐ Adult Signature Required $0.00 | |
| ☐ Adult Signature Restricted Delivery $0.00 | |
| Postage $1.45 | |
| Total Postage and Fees $7.75 | |

Sent To: Matt Maddox c/o Roxane Peper
Street and Apt. No., or PO Box No.: 3131 Las Vegas Blvd., South
City, State, ZIP+4®: Las Vegas, NV 89109

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Article Number: 7017 1450 0002 2338 0870

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Matt Maddox
   c/o Roxane Peper
   3131 Las Vegas Blvd., South
   Las Vegas, NV 89109

   9590 9402 4550 8278 6521 32

2. Article Number (Transfer from service label)
   7017 1450 0002 2338 0870

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): IVAN MORALES
C. Date of Delivery: 11/12/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature                  ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®                  ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☐ Return Receipt for Merchandise
☐ Collect on Delivery              ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

LAS VEGAS, NV 89109   OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.50 | 0112 16 |
| Extra Services & Fees (check box, add fee as appropriate) $2.80 | |
| ☐ Return Receipt (hardcopy) $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) $0.00 | NOV -8 2019 |
| ☐ Certified Mail Restricted Delivery $0.00 | 11/08/2019 |
| ☐ Adult Signature Required $0.00 | |
| ☐ Adult Signature Restricted Delivery $0.00 | |
| Postage $1.45 | |
| Total Postage and Fees $7.75 | |

Sent To: Roxane ~~Gay~~ Peper
Street and Apt. No., or PO Box No.: 3131 Las Vegas Blvd., South
City, State, ZIP+4®: Las Vegas, NV 89109

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Article Number: 7017 1450 0002 2338 0856

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Roxane Peper
   3131 Las Vegas Blvd., South
   Las Vegas, NV 89109

   9590 9402 4550 8278 6553 00

2. Article Number (Transfer from service label)
   7017 1450 0002 2338 0856

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): IVAN MORALES
C. Date of Delivery: 11/12/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature                  ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®                  ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☐ Return Receipt for Merchandise
☐ Collect on Delivery              ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

