



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

BOSTON, MA 02108  OFFICIAL USE

| Certified Mail Fee | $3.50 | | 0112 16 |
|---|---|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | $2.80 | | |
| ☐ Return Receipt (hardcopy) | $0.00 | | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here | |
| ☐ Certified Mail Restricted Delivery | $0.00 | | |
| ☐ Adult Signature Required | $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $0.00 | | |
| Postage | $1.15 | | |
| Total Postage and Fees | $7.45 | 11/08/2019 | |

Postmark: NOV -8 2019

Sent To: Martin Suuberg
Street and: MassDEP
One Winter Street, 2nd Floor
City, State: Boston, MA 02108

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Tracking: 7017 1450 0002 2338 0764

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Martin Suuberg
   MassDEP
   One Winter Street, 2nd Floor
   Boston, MA 02108

   9590 9402 4550 8278 6550 27

2. Article Number (Transfer from service label)

   7017 1450 0002 2338 0764

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   COMMONWEALTH OF MASSACHUSETTS
   DEPARTMENT OF ENVIRONMENTAL PROTECTION
   ONE WINTER STREET

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20044  OFFICIAL USE

| Certified Mail Fee | $3.50 | | 0112 16 |
|---|---|---|---|
| Extra Services & Fees | $2.80 | | |
| ☐ Return Receipt (hardcopy) | $0.00 | | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here | |
| ☐ Certified Mail Restricted Delivery | $0.00 | | |
| ☐ Adult Signature Required | $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $0.00 | | |
| Postage | $1.15 | | |
| Total Postage and Fees | $7.45 | 11/08/2019 | |

Sent To: Citizen Suit Coordinator
Street and Apt. No., or PO Box No.: P.O. Box 7415, Ben Franklin Station
City, State, ZIP+4: Washington, D.C. 20044-7415

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Tracking: 7017 1450 0002 2338 0702

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Citizen Suit Coordinator
   P.O. Box 7415, Ben Franklin Station
   Washington, D.C. 20044-7415

   9590 9402 4550 8278 6551 26

2. Article Number (Transfer from service label)

   7017 1450 0002 2338 0702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): A. HUSSEIN   C. Date of Delivery: 11-13-19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt