UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
CONSERVATION LAW FOUNDATION, INC.,          )
                                            )
         Plaintiff,                         )
                                            )
v.                                          )   Case No. 1:20-cv-10033-DPW
                                            )
ACADEMY EXPRESS, LLC, DPV                   )
TRANSPORTATION, INC., and BOSTON            )
CHARTER BUS, LLC,                           )
         Defendants.                        )
_____)

**ACADEMY EXPRESS, LLC'S MOTION TO ENLARGE THE TIME ALLOWED TO RESPOND TO PLAINTIFF, CONSERVATION LAW FOUNDATION'S, MOTION TO BAR INFORMATION WITHHELD BY THE DEFENDANT AND TO BAR EXPERT OPINIONS**

Defendant, Academy Express LLC ("Academy") respectfully requests the Court permit it an additional seven (7) days to respond to Plaintiff, Conservation Law Foundation's ("CLF"), Motion to Bar Information Withheld By the Defendant and to Bar Expert Opinions ("Motion to Bar") in accordance with the Rules. As grounds for this Motion, Academy states that its counsel left for a preplanned vacation on the day CLF filed its Motion to Bar and is not due to return until Monday July 26, 2021. Based on Local Rule 7.1, Academy's response is presently due Friday July 30, 2021. As a result, Academy requests the Court permit it an additional seven days to file its opposition which, if granted, would be due August 6, 2021. The additional seven days would permit counsel a full fourteen days as provided by Local Rule 7.1 to respond to CLF's Motion.

**BACKGROUND AND DISCUSSION**

On the afternoon of Friday July 16, 2021, Plaintiff Conservation Law Foundation ("CLF") filed its Motion to Bar Information Withheld By the Defendant, and to Bar Expert Opinions. On the same afternoon, Academy's counsel, Jon Cowen, began a preplanned vacation in which he is not scheduled to return to work until July 26, 2021. The Motion seeks to have the Court enter an order barring the Defendant from introducing certain factual information and expert evidence which may serve as a basis for Academy's defenses to CLF's alleged violations of the Clean Air Act and/or Massachusetts State Implementation Plan. Without getting into the specifics of the Motion, CLF claims Academy wrongfully withheld or failed to produce certain documentation and/or information it alleges was in Academy's possession during the discovery period which CLF believes is evidenced by Academy's subsequent production of charts and spreadsheets prepared in connection with expert disclosures that contain information CLF alleges should have been produced previously.

As Attorney Cowen has been Academy's lead counsel in this matter since its inception, is Academy's only counsel who has been involved in matters related to Academy's document production and written discovery since the beginning of the case, has been the primary contact with the client, and has attended and/or taken substantially all of the relevant depositions, his factual knowledge and input are integral to prepare an Opposition to CLF's Motion. In light of the fact that CLF's Motion seeks both monetary sanctions and requests the Court preclude Academy from asserting affirmative defenses, Academy's interests are substantially at stake and justice requires permitting its counsel an ample opportunity to review CLF's allegations and prepare its response.

Accordingly, Academy respectfully requests this Honorable Court grant its Motion and allow Academy an additional seven days up to August 6, 2021 to file an Opposition to CLF's Motion to Bar Information Withheld By the Defendant and to Bar Expert Opinions.

>Respectfully submitted,
>
>ACADEMY EXPRESS, LLC,
>By its attorneys,
>
>*/s/ Adam C. Benevides*
>Jon C. Cowen (BBO # 552961)
>jcowen@donovanhatem.com
>Adam C. Benevides (BBO # 673172)
>abenevides@donovanhatem.com
>DONOVAN HATEM LLP
>53 State Street, 8th Floor
>Boston, MA 02109
>Telephone: (617) 406-4511
>Facsimile: (617) 406-4501

## CERTIFICATE OF SERVICE

I, Adam C. Benevides, hereby certify that on July 20, 2021, the foregoing document was filed through the Court's electronic filing system ("ECF"), by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

>*/s/ Adam C. Benevides*
>Adam C. Benevides

22452.37//4843-6818-2514, v. 1