UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-10033-DPW |
| ) | |
| ACADEMY EXPRESS, LLC, DPV ) | |
| TRANSPORTATION, INC., and BOSTON ) | |
| CHARTER BUS, LLC, ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE OF THOMAS D. DUQUETTE, JR.
ON BEHALF OF THE DEFENDANT, ACADEMY EXPRESS, LLC**

Pursuant to Federal Rule of Civil Procedure 9(2), please enter the appearance of the undersigned counsel, Thomas D. Duquette, Jr., on behalf of the Defendant, Academy Express, LLC, in the above-captioned matter.

Respectfully submitted,
ACADEMY EXPRESS, LLC,
By its attorneys:

*/s/ Thomas D. Duquette, Jr.*
Jon C. Cowen (BBO # 552961)
jcowen@donovanhatem.com
Adam C. Benevides (BBO # 673172)
abenevides@donovanhatem.com
Thomas D. Duquette, Jr. (BBO # 694846)
tduquette@donovanhatem.com
DONOVAN HATEM LLP
53 State Street, 8th Floor
Boston, MA 02109
Telephone: (617) 406-4511
Facsimile: (617) 406-4501

## CERTIFICATE OF SERVICE

      I, Thomas D. Duquette, Jr., hereby certify that on October 8, 2021, the foregoing Notice of Appearance of Thomas D. Duquette, Jr., on Behalf of the Defendant Academy Express, LLC was filed through the Court's electronic filing system ("ECF"), by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

                                                             */s/ Thomas D. Duquette, Jr.*
                                                             Thomas D. Duquette, Jr.

22452.37
4832-3227-2894, v. 1